

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00216-CV

KEITH WILEY
v.
IRMA JEWELL & SUMMER TOUPS

On Appeal from the
201st District Court of Travis County, Texas
Trial Cause No. D-1-GN-14-002465

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Keith Wiley.

We further order this decision certified below for observance.

July 27, 2017